[No. 12460–2–II. Division Two. May 9, 1990.]

*In the Matter of the Marriage of* DONNA M. DONOVAN, *Appellant, and* MICHAEL G. DONOVAN, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82–3–00469–2, Waldo F. Stone, J., entered December 2, 1988. *Affirmed* by unpublished opinion per

Mitchell, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.